

2005 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

7-7-2005

# USA v. Wilson

Precedential or Non-Precedential: Precedential

Docket No. 04-1918

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2005

Recommended Citation

"USA v. Wilson" (2005). *2005 Decisions*. Paper 776.
http://digitalcommons.law.villanova.edu/thirdcircuit_2005/776

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2005 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 04-1918

_____

UNITED STATES OF AMERICA

v.

ESCO WILSON,

Appellant

_____

On Appeal from the United States District Court
for the Middle District of Pennsylvania
(D.C. Criminal Action No. 03-cr-00005)
District Judge: Honorable Christopher C. Conner

_____

Before: SLOVITER,  AMBRO
and ALDISERT, <u>Circuit Judges</u>

ORDER

A the direction of the Court an amended opinion shall be filed in this matter with
filing as of the date of this order.  Due to a word processing error the dissenting opinion
was incorrectly positioned in the opinion filed on July 1, 2005.  It is noted that the
amendment is clerical in nature and does not alter the prior disposition of the Court.

For the Court,

/s/ Marcia M. Waldron
Clerk

Date: July 7, 2005
CRG/cc: Andrew F. Schneider, Esq.
　　　Theodore B. Smith III, Esq.